**FILED**

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

NOV - 5 1998

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____, DEPUTY

George E. Free,
    Plaintiff

vs.

Tidelands Geophysical Co.,
    Defendant

Case No. CIV-98-1186-C

June 1999 Trial Docket

**DOCKETED**

## SCHEDULING ORDER

Date November 5, 1998      Judge Robin J. Cauthron      Clerk Linda Goode

Appearing for Plaintiff ___Charles Park___

Appearing for Defendant ___Stephen M^c Callen___

Jury Trial Demanded ___✓___      Non-Jury Trial _____

### THE FOLLOWING DEADLINES ARE SET BY THE COURT

1. Motions to join additional parties to be filed by December 1, 1998.

2. Motions to amend pleadings to be filed by December 1, 1998.

3. (a) Plaintiff to submit to defendant **final** list of **expert witness(es)** in chief and expert reports by February 1, 1999.*

   (b) Defendant to submit to plaintiff **final** list of **expert witness(es)** in chief and expert reports by 10 days thereafter.*

4. (a) Plaintiff to submit to defendant **final** list of **witnesses** in chief, including expert witnesses, together with addresses and brief summary of expected testimony where witness has not already been deposed by March 15, 1999.*

   (b) Defendant to submit **final** list of **witnesses** (as described above) 10 days thereafter.*

5. (a) Plaintiff to submit to defendant **final exhibit** list and any exhibits not previously submitted by March 15, 1999.*

   (b) Defendant to submit **final exhibit** list 10 days thereafter.*

   *[The exchange of witnesses and exhibits shall be by letter with two copies of the letter of transmittal to be submitted to the Clerk of this Court for filing. Except for good cause shown, no witness shall be permitted to testify and no exhibit will be admitted in any party's case in chief unless such witness or exhibit was listed in the letter of transmittal.]

6. Discovery to be completed by April 1, 1999.

7. All dispositive motions to be filed by April 1, 1999.

8. Trial docket June 1999.**

   **[Trial dockets generally begin the second Monday of each month; however, this practice varies, particularly during holidays. The published trial docket will announce the trial setting.]

9. Motions in limine to be filed by June 1, 1999. Responses due 5 days thereafter.

10

10. Required voir dire to be filed by
    June 1, 1999                        .

11. Trial briefs to be filed by
    June 1, 1999                        .

12. Requested jury instructions to be filed on or before
    June 1, 1999                        .***

13. NON-JURY CASES ONLY: Proposed findings and conclusions of law to be filed no later than
    June 1, 1999                        .***

    ***[The parties are encouraged, but not required, to submit their proposed jury instructions or findings of fact and conclusions of law not only in paper form for filing, but also on a 3½-inch diskette in a court compatible Word Perfect format. The disk should be placed in an envelope and attached to the COPY of the jury instructions or proposed findings of fact and conclusions of law, whichever is applicable, when filing.]

14. Any objections to the above trial submissions to be filed 5 days thereafter.

15. Proposed final pretrial order, approved by all counsel, and in full compliance with Local Rules (see Appendix IV), to be submitted to the Court by
    June 1, 1999                        .

16. This case is referred to the following ADR/settlement process
    _____ by agreement of the parties:
    _____ by Order/Approval of the Court:

    (a) __✓__ Mediation
    (b) _____ Early Neutral Evaluation
    (c) _____ Non-Binding Arbitration:  _____ Mandatory  _____ Consensual
        _____ Exempted by Court
    (d) _____ "Cost Reduction Trial Track"
    (e) _____ Other _____

    The session or hearing shall be held on, by or between
    _____1-1-99 & 2-15-99_____.

17. Please note that a judicial settlement conference will be scheduled in every case by the settlement magistrate judge before the scheduled trial date.

18. ____ The parties consent to trial by a Magistrate Judge.

19. Voluntary disclosure pursuant to LCvR26.2 has been made __✓__;
    is excused _____; or shall be made no later than _____.

20. Other: _____
    _____.

                                          BY ORDER OF THE COURT
                                          ROBERT D. DENNIS, CLERK

                                          By: _____
                                                              Deputy Clerk