IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

OKLAHOMA CITY, OKLAHOMA

DATE: February 1, 1999

| | |
|---|---|
| GEORGE E. GAGE, ET AL ) | |
| Plaintiff, ) | |
| ) | Case No. CV-98-1186-C |
| vs. ) | |
| TIDELANDS GEOPHYSICAL CO INC ) ET AL ) | DOCKETED |
| Defendant. ) | |

ENTER ORDER

Mediation session was held on January 27, 1999 as scheduled. The case settled at the mediation session.

By direction of Judge Cauthron we have entered the above enter order.

By /s/ Kaui Bule
Deputy Clerk
(Mediation Coordinator)

11-96