IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

FILED FEB 18 1999
Robert D. Dennis, Clerk
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____, DEPUTY

GEORGE E. GAGE and MARILYN K. GAGE, husband and wife,

Plaintiffs,

vs.

Case No. CIV-98-1186-C

TIDELANDS GEOPHYSICAL CO., INC., a corporation; and OXY USA, INC. a corporation,

Defendants.

DOCKETED

## ORDER

On this 18 day of February, 1999, this matter comes before the Court on the Joint Application of the parties to dismiss with prejudice all causes of action against the defendants, Tidelands Geophysical Co., Inc., a corporation and OXY USA, INC., a corporation. The Court notes that all parties to this action agree to this Application. The Court, being fully advised, finds that the Joint Application of the parties should be granted.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that all causes of action against defendants, Tidelands Geophysical Co., Inc., a corporation and OXY USA, INC., a corporation.

IT IS SO ORDERED.

Dated this 18 day of February, 1999.

_____
United States District Judge

ENTERED IN JUDGEMENT DOCKET ON

2-18-99